IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-121-CV





TEXAS EMPLOYMENT COMMISSION,



 APPELLANT


vs.





ADVANCE'D TEMPORARIES, INC., FORMERLY KNOWN AS WILLIAMS,


DUFF & ASSOCIATES, INC. DBA ADVANCE'D TEMPORARIES,




 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 93-13002, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed motions to dismiss this appeal. The motions are granted. 
Tex. R. App. P. 59(a)(1).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellant's and Appellee's Motions

Filed: May 18, 1994

Do Not Publish